UNITED STATES DISTRICT COURT FOR CONNECTICUT
BRIDGEPORT DIVISION

FILED

2005 SEP 12 P 2:51

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| Mary Ellen Sands | * | |
| Petitioner | * | |
| | * | |
| vs. | * | Docket No. 3:02cr153(AHN) |
| | * | |
| United States of America | * | |
| Respondent | * | |
| | * | |

*********************************************************

MOTION REQUESTING FOR
APPOINTMENT OF COUNSEL PURSUANT
TO THE CRIMINAL JUSTICE ACT
OF 1964, 18 U.S.C.
§ 3006A(g). TO REPRESENT
MARY SANDS IN HER PRESENTLY PENDING
(RULE 35)

---

**COMES NOW** Petitioner Mary Ellen Sands, pro-se, and pursuant to the Criminal Justice Act of 1964, Rule 18 United States Annotated Codes §3006 A (g), Respectfully moves this Honorable Court to declare her indigent and to appoint counsel for the Petitioner to be represented in her pending Rule 35.

Petitioner brings her claim without the formal training of legal drafting as an attorney, accordingly she seeks for " liberal construction" of pleading invoking Haines v. Kerner, 404 U.S. 519, 520, 92 S.Ct, 595-96 (1972).

Petitioner has filed a brief in support thereof her request for appointment of counsel.

Respectfully Submitted,

*Mary Sands*
Mary Ellen Sands