UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
MARY ELLEN SANDS            :
                            :
     v.                     :   CASE NO 3:02CR153(AHN)
                            :
UNITED STATES OF AMERICA    :
```

RULING ON MOTION

Pending before the court is the plaintiff's, Mary Ellen Sands ("Sands"), motion for appointment of counsel pursuant to 18 U.S.C. § 3006A(g). Sands seeks appointed counsel to represent her in a pending motion pursuant to Fed. R. Crim. P. 35. For the reasons discussed below, the court denies the motion [doc. #63].

Pursuant to Fed. R. Crim. P. 35(b), a court may reduce a sentence for substantial assistance, under certain specified conditions. Fed. R. Crim. P.35 (b)(1) pertains to motions brought by the government within one year of sentencing. Fed. R. Crim. P. 35(b)(2) pertains to Rule 35 motions brought by the government more than one year after sentencing. In this case, Sands was sentenced on January 10, 2003. The government has not filed a motion pursuant to Rule 35(b) either within one year of sentencing or later. Because Sands' motion for appointment of counsel to represent her in a pending Rule 35 motion is moot as to Rule 35(b)(1) and there is no motion pending as to Rule 35(b)(2), the court denies the motion [doc. #63].

SO ORDERED this 3rd day of October, 2005, at Bridgeport, Connecticut.

                                              _____
                                              Alan H. Nevas
                                              United States District Judge