FILED

June 1, 2006

2006 JUN -9 P 1:39

U.S. DIST
NEW HA

3:02cr153 (AHN)

Mary Sands
Register #14684-014
Federal Correctional Institution
501 Capital Circle N.E.
Tallahassee, Florids 32301


Clerk or United District Court
141 Church Street
New Haven, Connecticut 06510


Re: U.S.v.Sands


To whom it may concern:

I have been advised by my attorney Mr.Christopher McCarthy who was appointed by the court that he will no longer represent me on several occassions. I have filed a motion of Appointment of Counsel, dated September 10, 2005, in the District Court of Bridgeport. I will request of this District Court to appoint another attorney from the Criminal Justice Act ( CJA panel), see attached letter. I have a pending Rule 35b motion that I will need representation for. My substainal assistance is in connection with the State of South Carolina, the District of Columbia/Florence. I will ask of this District Court to please look into this matter and appoint new counsel.

Very truly yours,

Mary Sands