UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | No. 3:02-153(AHN) |
|---|---|---|
| VS. | : | |
| MARY SANDS | : | AUGUST 17, 2006 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of the District Court, counsel in the above-captioned matter hereby moves this court for permission to withdraw his appearance for the reasons which follow:

1.      The undersigned was appointed to represent the defendant pursuant to the Criminal Justice Act on or about May 15, 2002.

2.      The defendant subsequently entered into a plea agreement on or about October 7, 2002.

3.      The defendant was sentenced by this honorable court on or about January 6, 2003.

4.      The undersigned filed several motions for enlargement of time on behalf of the defendant to permit the defendant to seek relief under Rule 35 of the Federal Rules of Criminal Procedure.

5.   On April 29, 2003, the undersigned was presented with a memorandum filed pro se by the defendant in which she alleged that the representation by the undersigned was ineffective in numerous respects. She filed this memorandum in support of her motion to vacate her guilty plea.

6.   Upon information and belief, the defendant has filed several requests for new counsel in this matter.

7.   The undersigned does not feel it can continue an attorney-client relationship with this defendant in light of her assertions that the representation of the undersigned was ineffective.

8.   The defendant does not wish the undersigned to continue to represent her and is desirous of this motion being granted.

9.   On April 29, 2004, the undersigned notified the defendant in writing of the adverse impact her claim of ineffective assistance of counsel would have on the existing attorney-client relationship going forward.

10.   The undersigned has provided due notice to the defendant of this motion, and the implications of the granting of said motion. (A copy of said notice is attached hereto as Exhibit A.)

11.   It is evident that the defendant wishes to either proceed pro se or have new counsel appointed, such that good cause exists to support the granting of this motion.

WHEREFORE, it is so moved.

DEFENDANT, MARY SANDS

By: _____
Christopher J. McCarthy
Brown Paindiris & Scott, LLP
2252 Main Street
Glastonbury, CT 06033
Tel. No. (860) 659-0700
Federal Bar Number: ct04852

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 17th day of August, 2006 to all counsel and pro se parties of record as follows:

Ray Lopez
United States Office of Probation
915 Lafayette Boulevard
Bridgeport, CT 06044

Brian Leaming
Assistant U.S. Attorney
450 Main Street
Hartford, CT 06103

_____
Christopher J. McCarthy

EXHIBIT A

# BROWN PAINDIRIS & SCOTT, LLP
## Attorneys at Law

RICHARD R. BROWN
NICHOLAS PAINDIRIS
RONALD T. SCOTT
JOHN D. MAXWELL
KATE W. HAAKONSEN
SEAN M. PEOPLES
CHRISTOPHER J. McCARTHY ‡
DAVID S. RINTOUL
J. LAWRENCE PRICE
ROBERT A. DeFRINO
DAVID K. JAFFE

SIMON J. LEBO
GREGORY F. ARCARO
JENNIFER L. OWENS
SALLY A. ROBERTS
AUSTIN B. PERKINS

OF COUNSEL
DONALD L. HAMER †
SCOTT D. MACDONALD

‡ ALSO ADMITTED IN MA
† ALSO ADMITTED IN DC

THE OLD TOWN HALL
2252 MAIN STREET
GLASTONBURY, CT 06033
(860) 659-0700
FAX (860) 659-8292
www.bpslawyers.com

100 PEARL STREET
HARTFORD, CT 06103
(860) 522-3343
FAX (860) 522-2490

42 EAST HIGH STREET
EAST HAMPTON, CT 06424
(860) 267-2044

August 17, 2006

**CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7005 7820 0003 4580 4407**

**LEGAL MAIL**

Mary Sands
Inmate No. 14684-014
FCI Tallahassee
501 Capital Circle
Tallahassee, FL 32301

      Re:    **U.S. v. Sands**

Dear Mary:

      Pursuant to Local Rule 7(e), this is to notify you that:

      (1)    I have filed a motion to withdraw our firm's appearance in the above-captioned case, which motion seeks the court's permission in this regard. A copy of the motion is attached hereto;

      (2)    If you wish to be heard on this motion, you should contact the clerk's office to ascertain the date and time of hearing, if any;

      (3)    If a hearing is set, you may address the court concerning this motion;

      (4)    If the motion is granted, you will need to hire another attorney (or file your own appearance on behalf of yourself) in order to protect your interests; and

EXHIBIT A

# BROWN PAINDIRIS & SCOTT, LLP

Mary Sands
August 17, 2006
Page Two

  (5) If you fail to file such an appearance or retain new counsel, you will not receive notice of further proceedings in this case and a judgment of dismissal or nonsuit may be entered against you.

  Please be governed accordingly.

          Very truly yours,

          Christopher J. McCarthy

CJM/dk
Enclosure
cc: Mary Sands (via regular first class mail)