February 25, 2008    FEB 29 2008

02CR153 (AHN)

United States District Court
Office of the Clerk
Attn: Roberta D. Tabora, Clerk
915 Lafayette Boulevard
Bridgeport, CT. 06604

Dear Clerk Tabora:

I requested the appointment of counsel for the purpose of a Rule 35 hearing. I also completed and returned the form CJA23 - Financial Affidavit. I am inquiring on the outcome of my request, as to have I yet been appointed counsel, or even yet granted counsel. I would also appreciate it if possible to receive a copy of my current docket sheet.

Thank you for your time and cooperation in this matter it is appreciated.

Very Truly Yours,

Mary Sands, Defendant